# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2561

_____

Judy Shotwell

*Plaintiff - Appellant*

v.

Regional West Medical Center

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: May 2, 2018
Filed: May 7, 2018
[Unpublished]

_____

Before WOLLMAN, LOKEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Judy Shotwell appeals the district court's[1] adverse grant of summary judgment in a disability discrimination and retaliation action brought against her former

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

employer, Regional West Medical Center (Regional West), under the Americans with Disabilities Act and the Nebraska Fair Employment Practice Act.  The district court initially granted summary judgment in favor of Regional West on Shotwell's discrimination claim, later granted Regional West summary judgment on the retaliation claim, and then dismissed the action.

Our review of the record satisfies us that the district court did not err in concluding that Shotwell's claim of retaliatory action failed because she did not have a good faith belief that the accommodation she had requested was appropriate.

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____